# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: SUNEDISON, INC., SECURITIES LITIGATION
Gundin v. TerraForm Global, Inc., et al., )
    D. Maryland, C.A. No. 8:17-00516 )     MDL No. 2742

## ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Gundin*) on March 22, 2017. Prior to expiration of that order's 7-day stay of transmittal, plaintiff in *Gundin* filed a notice of opposition to the proposed transfer. Plaintiff has withdrawn his opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-4" filed on March 22, 2017, is LIFTED insofar as it relates to this action. The action is transferred to the Southern District of New York for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable P. Kevin Castel.

FOR THE PANEL:

*Jeffery N. Lüthi*
Clerk of the Panel

A CERTIFIED COPY
RUBY J. KRAJICK, CLERK
BY _____
Deputy Clerk